# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS CESAR GALVAN-BARREDA (1),<br><br>Defendant. | Case No.: 04-CR-2863-DMS<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America, and good cause appearing, it is HEREBY ORDERED and ADJUDGED that the Indictment in this matter is dismissed without prejudice as to defendant MARCOS CESAR GALVAN-BARREDA.

DATED  10/28/2015

_____
HON. DANA M. SABRAW
United States District Judge